# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Trustees of the Chicago Painters and Decorators Pension, Welfare, Savings, Apprenticeship, Scholarship and Cooperation Funds,<br>                Plaintiff,<br>V.<br>Bryer Construction, Inc., an Illinois corporation<br>                Defendants, | FILED<br>APRIL 28, 2008    YM<br>08CV2399<br>JUDGE DOW<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |
|---|
| DONALD D. SCHWARTZ |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Donald D. Schwartz |
| FIRM<br>ARNOLD AND KADJAN |
| STREET ADDRESS<br>19 WEST JACKSON BLVD. |
| CITY/STATE/ZIP<br>CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03124459 | TELEPHONE NUMBER<br>(312) 236-0415 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |