## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv2399                                    Assigned/Issued By: j. n.

Judge Name: dow jr.                                      Designated Magistrate Judge: cole

---

### FEE INFORMATION

Amount Due:   [✓] $350.00     [ ] $39.00     [ ] $5.00
              [ ] IFP         [ ] No Fee     [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____                 Receipt #: 2730415_____

Date Payment Rec'd: 4-28-08_____      Fiscal Clerk: j. n._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets
                                         [ ] Other
[ ] Writ _____                      _____
        *(Type of Writ)*                 _____
                                         *(Type of issuance)*

1 Original and 0 copies on 4-28-08 as to defendant _____
                          *(Date)*