AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE CHICAGO PAINTERS AND
DECORATORS PENSION, WELFARE, SAVINGS,
APPRENTICESHIP, SCHOLARSHIP AND
COOPERATION FUNDS,
    Plaintiffs,

V.

BRYER CONSTRUCTION, INC., AN
Illinois corporation
    Defendant.

**08 C 2399**

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED **JUDGE DOW**
MAGISTRATE JUDGE **MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

BRYER CONSTRUCTION, INC.
C/O ITS REGISTERED AGENT, DAVID D. O'SULLIVAN
1755 SOUTH NAPERVILLE ROAD, STE. 200
~~NAPERVILLE~~ *Wheaton*, IL 60187

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 WEST JACKSON BLVD., SUITE 300
CHICAGO, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

_(signature)_
(By) DEPUTY CLERK



April 28, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 7/17/08 @ 2:45pm |
| NAME OF SERVER (PRINT) Jim Hanisch | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Served Bryer Construction Inc c/o Reg Agent David O'Sullivan at law office 1755 S. Naperville Ste 200 Wheaton IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. c/o Judy Benes, legal assistant
Name of person with whom the summons and complaint were left: (W/F 45, short blond hair)

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/17/08
              Date

Signature of Server
THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.