10174-6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF CHICAGO PAINTERS AND DECORATORS PENSION WELFARE, SAVINGS, APPRENTICESHIP, SCHOLARSHIP, AND COOPERATION FUNDS, | ) ) ) ) ) | |
| Plaintiffs | ) ) | No. 08 C 2399 |
| vs. | ) ) | Judge Dow |
| BRYER CONSTRUCTION, INC., an Illinois corporation, | ) ) ) | Magistrate Judge Cole |
| Defendant. | ) | |

### UNCONTESTED MOTION FOR EXTENSION OF TIME

Defendant, BRYER CONSTRUCTION, INC., by its attorneys, KATHLEEN R. RYDING of HUCK BOUMA PC, moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure to enlarge the time for it to answer or otherwise plead from August 6, 2008, to August 28, 2008. In support of this motion, defendant states that it needs time to consult with its attorneys in order to prepare its answer.

WHEREFORE, defendant, BRYER CONSTRUCTION, INC., requests an order enlarging the time for it to answer or otherwise plead to the plaintiffs' Complaint from August 6, 2008, to August 28, 2008, or such other time as the court deems appropriate, and for all other relief deemed appropriate under the circumstances.

Respectfully submitted,

HUCK BOUMA PC

By: /s/ Kathleen R. Ryding
Kathleen R. Ryding, one of Bryer's attorneys

## CERTIFICATE OF MAILING

I, KATHLEEN R. RYDING, state as follows under penalty of perjury this 6th day of August 2008:

1. I filed this *Uncontested Motion for Extension of Time* by filing it with the clerk of the court by electronic means.

2. I served this *Uncontested Motion for Extension of Time* by filing it with the clerk of the court by electronic means, which electronic filing constitutes service by virtue of local rule 5.9.

3. I made the electronic filing on August 6, 2008.


/s/ Kathleen R. Ryding

By:_____


Kathleen R. Ryding
**HUCK BOUMA PC**
1755 South Naperville Road
Wheaton, Illinois 60189
630 221-1755
630 221-1756 (fax)
Email: kryding@huckbouma.com


R:\10000s\10100-10199\10174-6\Pleadings\08 C 2399\080805 - Uncontested Motion for Extension of Time.wpd