10174-6

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF CHICAGO PAINTERS AND DECORATORS PENSION WELFARE, SAVINGS, APPRENTICESHIP, SCHOLARSHIP, AND COOPERATION FUNDS, | ) ) ) ) ) |
| Plaintiffs | ) No. 08 C 2399 |
| vs. | ) Judge Dow |
| BRYER CONSTRUCTION, INC., an Illinois corporation, | ) Magistrate Judge Cole ) |
| Defendant. | ) |

**NOTICE OF UNCONTESTED MOTION**

PLEASE TAKE NOTICE that on August 28, 2008, at 9:15 a.m., or as soon thereafter as we may be heard, we shall appear before the Honorable Robert M. Dow, Jr. in room 1919 of the United States Courthouse at 219 South Dearborn Street, in Chicago, Illinois, or before any judge sitting in his place at the place where that judge is sitting, and present our *Uncontested Motion for Extension of Time.*

Respectfully submitted,

HUCK BOUMA PC

By: /s/ Kathleen R. Ryding
Kathleen R. Ryding, one of Bryer's attorneys

## CERTIFICATE OF FILING AND SERVICE

I, KATHLEEN R. RYDING, state as follows under penalty of perjury this sixth day of August, 2008:

1. I filed this *Notice of Motion* by filing it with the clerk of the court by electronic means.

2. I served this *Notice of Motion* by filing it with the clerk of the court by electronic means, which electronic filing constitutes service by virtue of local rule 5.9.

3. I made the electronic filing on August 6, 2008.

/s/   Kathleen R. Ryding

_____

Kathleen R. Ryding
**HUCK BOUMA PC**
1755 South Naperville Road
Wheaton, Illinois 60189
630 221-1755
630 221-1756 (fax)