# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Trustees of the Chicago Painters and Decorators Pension,
Welfare, Savings, Apprenticeship, Scholarship, and
Cooperation Funds

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: 1:08–cv–02399 |
| | Honorable Robert M. Dow Jr. |
| Bryer Construction, Inc. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

     MINUTE entry before the Honorable Robert M. Dow, Jr:Status hearing held on 8/28/2008. Audit to be completed before 10/14/08. Discovery deadlines previously set are stricken. Status hearing set for 10/14/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.